UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LELAND FOSTER**, | ) |
| Plaintiff, | ) Case No. 2:19-cv-13159 |
| v. | ) |
| **CPLG PROPERTIES L.L.C.,** a Delaware limited liability company, | ) Judge Terrence G. Berg |
| Defendant. | ) |

# **NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW, Plaintiff Leland Foster, and hereby gives notice of his voluntary dismissal with prejudice of Defendant CPLG PROPERTIES L.L.C., pursuant to Rule 4l(a)(l) of the Federal Rules of Civil Procedure.

The Defendant has not filed an answer or motion for summary judgment as of this time. In support of this notice Plaintiff relies on Rule 41 (a)(l) of the Federal Rules of Civil.

Dated: December 26, 2019.

Respectfully submitted,

/s/Owen B. Dunn, Jr.
Owen B. Dunn, Jr., Esq. (0074743)
Law Offices of Owen Dunn, Jr.
The Ottawa Hills Shopping Center
4334 W. Central Ave., Suite 222
Toledo, Ohio 43615

1

(419) 241-9661 Telephone
(419) 241-9737 Facsimile
dunnlawoffice@scglobal.net

AND

Valerie J. Fatica (0083812)
4334 W. Central Ave., Suite 222
Toledo, Ohio 43615
(419) 241-9661 Telephone
(419) 241-9737 Facsimile
valeriefatica@gmail.com
*Admitted to bar of the E. District of MI

*Counsel for Plaintiff Leland Foster*

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LELAND FOSTER**, | ) |
| Plaintiff, | ) Case No. 2:19-cv-13159 |
| v. | ) |
| **CPLG PROPERTIES L.L.C..**, a Delaware limited liability company, | ) Judge  Terrence G. Berg |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I certify that on December 26, 2019 I filed the within and foregoing **NOTICE OF VOLUNTARY DISMISSAL** using the CM/ECF System for the federal District Court for the Northern District of Ohio. A true and correct copy of the foregoing was served via electronic mail, as follows:

Douglas R. Sargent, Esq.
Locke Lord LLP
111 South Wacker Drive, Chicago IL 60606
dsargent@lockelord.com

/s/Owen B. Dunn, Jr.
Owen B. Dunn, Jr., Esq. (0074743)
Law Offices of Owen Dunn, Jr.
The Ottawa Hills Shopping Center
4334 W. Central Ave., Suite 222
Toledo, Ohio 43615
(419) 241-9661 Telephone
(419) 241-9737 Facsimile
dunnlawoffice@scglobal.net

AND

Valerie J. Fatica (0083812)
4334 W. Central Ave., Suite 222
Toledo, Ohio 43615
(419) 241-9661 Telephone
(419) 241-9737 Facsimile
valeriefatica@gmail.com

*Counsel for Plaintiff Leland Foster*