UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LELAND FOSTER,<br><br>Plaintiff,<br><br>vs.<br><br>CPLG PROPERTIES L.L.C.,<br><br>Defendant. | 2:19-CV-13159-TGB<br><br>ORDER<br><br>HONORABLE TERRENCE G. BERG |

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED this 2nd day of January, 2020.

                BY THE COURT:

                /s/Terrence G. Berg
                TERRENCE G. BERG
                United States District Judge